JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **TRAYVON C. HARBOR,** | ) | NO. ED CV 16-01906-GW-KS |
| **Plaintiff,** | ) | |
| v. | ) | **JUDGMENT** |
| **JUDGE MARK C. KIM,** | ) | |
| **Defendant.** | ) | |

Pursuant to the Court's Order dismissing this action, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 31, 2017

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE